FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1686-W |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| JOSE ANTONIO LOPEZ-MARTINEZ, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about April 26, 2008, within the Southern District of California, defendant JOSE ANTONIO LOPEZ-MARTINEZ, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 99.88 kilograms (219.74 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 22, 2008.

KAREN P. HEWITT
United States Attorney

*(signature)*

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
5/22/08