MAY. 5. 2008  2:55PM    US ATTORNEY (RECORDS)                    NO. 4145   P. 6/20

AO 455(Rev. 5/85) Waiver of Indictment



**FILED**

MAY 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF                        DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE ANTONIO LOPEZ-MARTINEZ | CASE NUMBER: O8CR1686-W |

I, JOSE ANTONIO LOPEZ-MARTINEZ   , the above named defendant, who is accused

of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on  5-22-08    prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

X  Jose A Lopez Mtz
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer