1  KAREN P. HEWITT
   United States Attorney
2  DOMINIC E. KARDUM
   Assistant U.S. Attorney
3  California State Bar No. 229420
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  (619) 557-7848 (Telephone) / (619) 557-5551 (Fax)
   Email: dominic.kardum@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )   Criminal Case No.   08-CR-1686-W
                                  )
11             Plaintiff,         )
                                  )   NOTICE OF APPEARANCE
12        v.                      )
                                  )
13 JOSE ANTONIO LOPEZ-MARTINEZ    )
                                  )
14             Defendant.         )
                                  )
15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

18 above-captioned case.

19        I certify that I am admitted to practice in this court or authorized to practice under

20 CivLR 83.3.c.3-4.

21        The following government attorneys (who are admitted to practice in this court or authorized

22 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

23 for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

24 case.

25        1.    None..

26 //

27 //

28 //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3 | Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4 |     1.    Tara K. McGrath.

5 | Please feel free to call me if you have any questions about this notice.

6 | DATED:  August 20, 2008.

7 |     KAREN P. HEWITT
    United States Attorney

10 | <u>s/Dominic E. Kardum</u>
    DOMINIC E. KARDUM
    Assistant U.S. Attorney

Notice of Appearance                                       08-CR-1686-W
United States v. Jose Antonio Lopez-Martinez

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. | 08-CR-1686-W |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | CERTIFICATE OF SERVICE | |
| v. | ) | | |
| | ) | | |
| JOSE ANTONIO LOPEZ-MARTINEZ | ) | | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

IT IS HEREBY CERTIFIED THAT:

I, Dominic Kardum, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated June 25, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Kris J. Kraus
   Federal Defenders Inc.
   225 Broadway, Suite 900
   San Diego, CA 92101-5008
   kris_kraus@fd.org.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 20, 2008.

                                                                s/Dominic E. Kardum
                                                                DOMINIC E. KARDUM
                                                                Assistant U.S. Attorney

Notice of Appearance                                                                08-CR-1686-W
United States v. Jose Antonio Lopez-Martinez